AO 133 (Rev. 12/09)
Local USDC Colo.
version rev. 3/19/2024

# BILL OF COSTS

| United States District Court | DISTRICT OF COLORADO |
|---|---|
| Eighth District Electrical Pension Fund, et al. | DOCKET NO.   23-cv-2831-DDD-STV |
| v.  Pueblo West Electric, Inc. et al. | CASE NO. |

Judgment having been entered in the above-titled action on May 3, 2024   (date)
against Defendants   (party), the Clerk is requested to fax the following as Costs:

| Is this cost disputed? | | $ |
|---|---|---|
| Yes | Fees of the Clerk | $ 402.00 |
| Yes | Fees for service of summons and complaint | $ 222.75 |
| Yes | Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Yes | Fees and disbursements for printing | $ |
| Yes | Fees for witnesses (itemized on next page) | $ |
| Yes | Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Yes | Docket fees under 28 U.S.C. § 1923 | $ |
| Yes | Costs incident to taking of depositions | $ |
| Yes | Costs as reflected on mandate of Court of Appeals | $ |
| Yes | Other costs (itemized) | $ |
| | TOTAL | $ 624.75 |

*Please review and comply with D.C.COLO.LCivR 54.1 as indicated in* Notice *on following page.*

### DECLARATION

I do hereby declare, under penalty of perjury, that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
A copy hereof has been served on non-prevailing parties in the following manner:

Signature of Attorney for Prevailing Party  s/ Eric C. Beckemeier     Name of Claiming Party  Plaintiffs

Name of Attorney   Eric C. Beckemeier     Date   May 10, 2024

| PARTY'S REQUEST FOR HEARING | --- For Clerk's Office use only --- |
|---|---|
| Following conferral on _____ (date), several costs remain in dispute. The parties therefore request that a hearing be scheduled to address these costs. The following dates, occurring at least **28** days from today, are mutually agreeable to both parties.  *Available hearing days are* **Tuesdays**, **Wednesdays**, *and* **Fridays**.  Option #1  Option #2  Option #3 | Costs are hereby taxed in the following amount and are to be considered part of the judgment.  **Costs taxed: $_____**  By:   Deputy Clerk   on behalf of Jeffrey P. Colwell, Clerk of Court  Date: |

**EXHIBIT A TO BILL OF COSTS OF EIGHTH DISTRICT ELECTRICAL PENSION FUND, ET AL.**

**Case No. 1:23-cv-02831-DDD-STV**

**Itemization of Costs Requested Pursuant to 28 U.S.C. § 1920**

| | Category | Date Incurred | Costs | Location of Attachment | Legal Grounds |
|---|---|---|---|---|---|
| 1 | Fees of the Clerk | 10/27/2023 | $402.00 | Exhibit A-1 to the Bill of Costs | 28 U.S.C. § 1914 |
| 2 | Fees for Service | 11/20/2023 | $222.75 | Exhibit A-2 to the Bill of Costs | Collins v. Gorman, 96 F.3d 1057, 1060 (7th Cir. 1996); Ortega v. IBP, Inc., 883 F.Supp. 558 (D. Kan. 1995). |
| **TOTAL COSTS** | | | **$624.75** | | |

**EXHIBIT A-1**

---

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, October 27, 2023 3:08 PM |
| **To:** | Eric C. Beckemeier |
| **Subject:** | Pay.gov Payment Confirmation: COLORADO DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Division at 303-335-2526.

Account Number: 5346582
Court: COLORADO DISTRICT COURT
Amount: $402.00
Tracking Id: ACODC-9366292
Approval Code: 02761P
Card Number: ************5560
Date/Time: 10/27/2023 04:07:45 ET

Checked the court's website to verify attorney standing: Yes

NOTE: This is an automated message. Please do not reply

1

Case No. 1:23-cv-02831-DDD-STV   Document 24   filed 05/10/24   USDC Colorado   pg 4 of 5



**Civil Action Group, Ltd.**
dba APS International, Ltd.

APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776  Email: Books@CivilActionGroup.com

**EXHIBIT A-2**

**INVOICE**
APS File No: 165932-0001
19-Dec-2023

Please make all checks payable to:

Civil Action Group, Ltd.

**BILL TO:**

BLAKE & UHLIG
Attn: Mr. Eric C. Beckemeier
6803 West 64th Street
Suite 300
Overland Park, KS  66202

| | |
|---|---|
| Case Name: | Eighth District Electrical Pension Fund v Pueblo West Electric, Inc. |
| Attorney File #: | |
| Subject: | Pueblo West Ele/Invision Electr |
| Location: | Pueblo West, CO |

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 20-Nov-2023 | Priority (Unlisted) | 1 | 168.75 | 168.75 | | |
| 20-Nov-2023 | Additional Proofs | 1 | 54.00 | 54.00 | | |
| | Total Charges: | | | 222.75 | | |
| | Balance Due: | | | | | $222.75 |

**GENERAL TERMS AND CONDITIONS**

TERMS: Unless prior credit arrangements have been made, all invoices are due and payable upon receipt.
RESPONSIBILITY FOR PAYMENT: The Firm/Company who requested the service is liable for payment of these invoices.
METHOD OF PAYMENT: We accept: personal checks, Firm/Company checks, money orders, bank checks and Visa/MasterCard.
FINANCE CHARGES: All invoices not paid within thirty (30) days are assessed a finance charge of 1.5% per month or 18% per year, compounded monthly.

JURISDICTION: This invoice constitutes an agreement for service and shall be governed by the laws of the State of Minnesota. Any disputes arising out of the terms contained in this invoice and the services rendered pursuant to the same shall be governed by the laws of the State of Minnesota. Any party to this agreement shall be subject to the jurisdiction of the courts of the State of Minnesota.
ATTORNEYS' FEES AND COSTS: All costs and attorneys' fees incurred in collection of any sums due and owing on this invoices shall be borne by the customer.

DISPUTED CHARGES: You have 30 days from the date of this invoice to dispute any of the charges listed on this invoice. All disputes must be made in writing. A copy of this invoice must be attached to your correspondence. Mail you correspondence to:
Civil Action Group, Accounts Receivable Department
7800 Glenroy Road, Minneapolis, MN 55439
Disputes not made in writing or not received within the specified period shall be deemed an acceptance of the service provided and fees invoiced.
CASH ADVANCES: Where cash advances are required CAG will make the advances and invoice a 12% finance charge ($3 minimum).

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.
Federal Tax ID: 41-1954233

Page 1 of 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02831-DDD-STV

EIGHTH DISTRICT ELECTRICAL PENSION FUND, et al.,

Plaintiffs,

v.

PUEBLO WEST ELECTRIC, INC.; and
INVISION ELECTRICAL AND PLUMBING, LLC

Defendants.

### CERTIFICATE OF SERVICE OF PROPOSED BILL OF COSTS

The undersigned hereby certifies that on May 10, 2024 the Proposed Bill of Costs was filed, and a true and accurate copy of it was mailed via First Class U.S. Mail, postage prepaid, to the following parties:

Pueblo West Electric, Inc.
Invision Electrical and Plumbing, LLC
287 West Archer Drive
Pueblo West, Colorado 81007

**BLAKE & UHLIG, P.A.**

*s/ Eric C. Beckemeier*
Eric C. Beckemeier
6803 West 64th Street, Suite 300
Overland Park, Kansas 66202
Telephone: (913) 321-8884
Facsimile: (913) 321-2396
ECB@blake-uhlig.com
*Attorney for Plaintiffs*